FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31  AM 7:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS ROGERS | CIVIL ACTION |
| VERSUS | NO. 05-0400 |
| BURL CAIN, WARDEN | SECTION "F" (6) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections filed by plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the petition of Travis Rogers for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby DENIED WITH PREJUDICE.

New Orleans, Louisiana, this 28th day of July, 2006.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____